## Case No. 9,001.

### MALTBY v. TOOL CO.

[Cited in Maltby v. Graham, 35 Fed. 206, 37 Fed. 691. Nowhere reported; opinion not now accessible.]